# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

MATTHEW EDWARD SIERKA,

    Plaintiff,

-vs-                                    Case No. 6:08-cv-1073-Orl-28GJK

COMMISSIONER OF SOCIAL
SECURITY,

    Defendant.
_____

## ORDER

This case is before the Court on Plaintiff's appeal from a final decision of the Commissioner of Social Security ("Commissioner") denying his application for a period of disability, disability insurance benefits and supplemental security income payments (Doc. No. 1) filed July 3, 2008. The United States Magistrate Judge has submitted a report recommending that the Commissioner's decision be reversed and remanded under sentence four of 42 U.S.C. § 405(g).

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation. Therefore, it is **ORDERED** as follows:

    1.    That the Report and Recommendation filed June 23, 2009 (Doc. No. 14) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. The Commissioner's decision is **REVERSED and REMANDED** under sentence four of 42 U.S.C. § 405(g).

3. The Clerk is directed to enter judgment in favor of Plaintiff and to thereafter close the file.

**DONE** and **ORDERED** in Chambers, Orlando, Florida this 17 day of July, 2009.

JOHN ANTOON II
United States District Judge

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party