UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**EDWARD SIERKA,**

                **Plaintiff,**

**-vs-**                                                          **Case No. 6:08-cv-1073-Orl-28GJK**

**COMMISSIONER OF SOCIAL SECURITY,**

                **Defendant.**
_____

## REPORT AND RECOMMENDATION

**TO THE UNITED STATES DISTRICT COURT**

    This cause came on for consideration without oral argument on the following motion:

| | |
|---|---|
| **MOTION:** | **PLAINTIFF'S UNCONTESTED PETITION FOR ATTORNEY'S FEES (Doc. No. 23)** |
| **FILED:** | September 29, 2009 |
| | _____ |
| | **THEREON** it is **RECOMMENDED** that the motion be **GRANTED**. |

    On June 20, 2009, a judgment was entered reversing and remanding this case to the Commissioner of Social Security for further proceedings pursuant to sentence four of 42 U.S.C. § 405(g). Doc. No. 16. Plaintiff now moves for an award of attorney fees and costs pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d) ("EAJA") (the "Motion"). Doc. No. 19. Plaintiff requests attorneys' fees in the amount of $4,098.16 and costs in the amount of $350.00 to be paid directly to Plaintiff's counsel. Doc. No. 19. Thus, Plaintiff asks for a total award of attorneys' fees and costs in the amount of $4,448.16. *Id*. at 1. Plaintiff executed an assignment of EAJA fees to counsel. Doc. No. 19-3. In the Motion, counsel for Plaintiff, Richard

1

Culbertson, Esq. performed 4.4 hours of work on the case in 2008 at a rate of $167.48 per hour ($736.91) and 1.5 hours of work on the case in 2009 at a rate of $165.78 per hour ($248.67). Doc. No. 19 at 2. Thomas S. Rice, Esq. performed 17.1 hours of work on the case in 2008 at a rate of $167.48 per hour ($2,863.91) and 1.5 hours of work on the case in 2009 at a rate of $165.78 per hour ($248.67). Doc. No. 19 at 2. Additionally, Plaintiff requests an award for costs totaling $350.00. *Id*. Counsel for Plaintiff attaches an affidavit and time sheet detailing counsel's experience and the time she spent on the case. *Id.* at 4-7. Plaintiff complied with Local Rule 3.01(g) and certifies that the Commissioner agrees to the amount of fees and hours sought in the Motion. *Id.* at 3. Thus, it is recommended that the Motion be **GRANTED**. The Commissioner should be directed to pay $4,098.16 in attorneys' fees and $350.00 in costs directly to Plaintiff's counsel.

Failure to file written objections to the proposed findings and recommendations contained in this report within ten (10) days from the date of its filing shall bar an aggrieved party from attacking the factual findings on appeal.

**Recommended** in Orlando, Florida on October 5, 2009.

_____
GREGORY J. KELLY
UNITED STATES MAGISTRATE JUDGE