# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

MATTHEW EDWARD SIERKA,

        Plaintiff,

-vs-                                Case No. 6:08-cv-1073-Orl-28GJK

COMMISSIONER OF SOCIAL
SECURITY,

        Defendant.

## ORDER

This case is before the Court on Plaintiff's Uncontested Petition for Attorney's Fees (Doc. No. 19) filed September 29, 2009. The United States Magistrate Judge has submitted a report recommending that the motion be granted.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation. Therefore, it is **ORDERED** as follows:

    1.    That the Report and Recommendation filed October 5, 2009 (Doc. No. 21) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

    2.    Plaintiff's Uncontested Petition for Attorney's Fees (Doc. No. 19) is **GRANTED**.

    3.    The Commissioner of Social Security is directed to pay $4,098.16 in attorney's fees and $350.00 in costs directly to Plaintiff's counsel.

**DONE** and **ORDERED** in Chambers, Orlando, Florida this __27__ day of October, 2009.

JOHN ANTOON II
United States District Judge

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party